AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

GREGORY JELOUDOV

    Plaintiff (s),

V.

WELLS FARGO BANK N. A.

    Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:20-cv-02492-VC

Notice is hereby given that, subject to approval by the court, __GREGORY JELOUDOV__ substitutes
(Party (s) Name)

__PRO SE__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __JUSTIN INFURNA , ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   JODI (GREGORY) JELOUDOV
 Address:    PO BOX 1032, JENSEN BEACH, FL, 34958
 Telephone:   (772) 301-3773   Facsimile _____
 E-Mail (Optional): _____

I consent to the above substitution.

Date:   7/23/2020

                       */s/ Jodi*
                       (Signature of Party (s))

I consent to being substituted.

Date:   7/23/2020

                         */s/ Justin Infurna*
                       (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   8/5/2020

                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]