AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **CALIFORNIA**

GREGORY JELOUDOV
  Plaintiff(s),
V.
WELLS FARGO BANK N. A.
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-02492-VC

Notice is hereby given that, subject to approval by the court, **GREGORY JELOUDOV** (Party (s) Name) substitutes **PRO SE** (Name of New Attorney), State Bar No. _____ as counsel of record in place of **Joseph Nazarian Esq.** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: JODI (GREGORY) JELOUDOV
Address: PO BOX 1032, JENSEN BEACH, FL, 34958
Telephone: (772) 301-3773   Facsimile: _____
E-Mail (Optional): _____

I consent to the above substitution.
Date: 8/4/20
(Signature of Party (s))

I consent to being substituted.
Date: 8/4/20
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 7, 2020
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]