UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JODI JELOUDOV,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A,<br><br>Defendant. | Case No.  20-cv-02492-VC<br><br>**RE OPPOSITION TO MOTION TO DISMISS EXHIBIT FILINGS**<br><br>Re: Dkt. Nos. 41, 42, 43, 44, 45, 46, 47 |

Jeloudov's filings at Docket Numbers 41, 42, 43, 44, 45, 46, and 47 do not comply with Judge Chhabria's Standing Order for Civil Cases. See Standing Order ¶ 24. Each exhibit should be filed as a separate PDF. Jeloudov shall refile his opposition motion with all exhibits by the close of business September 16, 2020. Jeloudov (1) shall use the filing event "Other Documents" → "Amended Document (NOT Motion)," (2) shall link the document to the noncompliant filing, and (3) shall rename the filing appropriately. This order has no impact on the previously filed briefs.

**IT IS SO ORDERED.**

Dated: September 9, 2020

_____
VINCE CHHABRIA
United States District Judge