UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JODI JELOUDOV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02492-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 65 |

　　　　Wells Fargo's motion to dismiss Jeloudov's amended complaint is granted. To the extent the amended complaint alleges claims relating to Jeloudov's employment with Wells Fargo, those claims are barred by principles of res judicata based on the judicially noticeable materials relating to *Gregory Jeloudov v. Wells Fargo Bank, N.A. et al.*, Case No. CGC-15-546027, showing that Jeloudov brought nearly identical claims against Wells Fargo in San Francisco Superior Court in 2015, and those claims were dismissed with prejudice. *See Hako-Med USA, Inc. v. Axion Worldwide, Inc.*, 2010 WL 4448824, at *2-4 (D. Haw. Oct. 29, 2010). To the extent the amended complaint alleges claims based on a global conspiracy among Wells Fargo employees, President Donald Trump, Senator Mitch McConnell, and President Vladimir Putin to harass and discriminate against Jeloudov, those claims are dismissed under Rule 12(b)(1) for lack of subject matter jurisdiction because they are wholly frivolous and implausible. *See Franklin v. Murphy*, 745 F.2d 1221, 1227 n.6 (9th Cir. 1984), *abrogated on other grounds by Neitzke v. Williams*, 490 U.S. 319 (1989); *see also Arnold v. United States*, 2020 WL 732995, at *2 (N.D. Cal. Feb. 13, 2020); *Bivolarevic v. CIA*, 2010 WL 890147, at *2 (N.D. Cal. Mar. 8, 2010).

　　　　Jeloudov was granted leave to amend once already. The allegations added to the amended


complaint make clear that further amendment would be futile. The amended complaint is thus dismissed without leave to amend. *See Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir. 1995). The Court will not consider any further filings from Jeloudov in this case.

**IT IS SO ORDERED.**

Dated: December 1, 2020

_____
VINCE CHHABRIA
United States District Judge