UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JODI JELOUDOV,<br><br>          Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK N.A, et al.,<br><br>          Defendant. | 20-cv-02492-VC<br><br>**JUDGMENT** |

The Court, having dismissed the complaint without leave to amend, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 1, 2020

_____

VINCE CHHABRIA  
United States District Judge